Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Isidro Garay–Perez appeals from his guilty-plea conviction and 36–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garay–Perez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Justo REVOLORIO–GONZALEZ,**
**Defendant–Appellant.**

**No. 11–10567.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea Lynn Matheson, Andrea L. Matheson–Matheson Law Firm, P.C., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Justo Revolorio -Gonzalez appeals from his guilty-plea conviction and 15–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Revolorio–Gonzalez's counsel has filed a brief

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**